UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK ROBERT L. KRASELNIK, ESQ.

Case 7:08-cv-01223-SCR   Document 2   Filed 03/30/2008   Page 1 of 1

POLIVIO RODRIGUEZ, ETANO

                                                            Plaintiff(s)

- against -                                             Index # 08 CV 1223 (ROBINSON)

IRVINGTON MARKET INC.                                 Purchased February 6, 2008

                                                              Defendant(s)

                                                               **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 24, 2008 at 09:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on IRVINGTON MARKET INC. therein named,

**SECRETARY OF STATE**    a Domestic corporation by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 26, 2008

| | | | |
|---|---|---|---|
| JOEL GRABER<br>Notary Public, State of New York<br>No. 02GR4699723<br>Qualified in New York County<br>Expires February 10, 2010 | JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Expires November 26, 2011 | JONATHAN GRABER<br>Notary Public, State of New York<br>No. 01GR6156780<br>Qualified in New York County<br>Expires December 4, 2010 | **STEVEN C. AVERY**<br><br>Invoice #: 456952 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728